IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2008 FEB 26 AM 10: 19

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Civil Action No. 07-CV-2559-LTB-MJW

**LORI GARNER**

Plaintiff,

vs.

**U.S. BANK NATIONAL ASSOCIATION**
**ANNA MARIA PETERS-RUDDICK in her personal and official capacity**
Defendant(s).

## Motion to Strike *Defendant's Motion to Dismiss*

Plaintiff, Lori Garner who is representing herself in this matter, files her Motion to Strike *Defendant's Motion to Dismiss* and in support thereof, states as follows:

1. On February 21, 2007, the Plaintiff filed a motion to dismiss Defendant Anna Maria Peters-Ruddick in her official capacity <u>only.</u>

2. At the time the Plaintiff filed its motion to dismiss the Defendant in her official capacity, there was a motion before the court requesting dismissal of the Defendant, presumably in her official capacity because there doesn't appear to be a legal basis for the County Attorney's Office to represent the Defendant in her personal capacity.

3.   As such, it would appear that the issues raised in Defendant's motion to dismiss as they pertain to the Defendant's official capacity are rendered moot as Defendant Anna Maria Peters-Ruddick only remains as a defendant in her personal capacity.

4.   The Plaintiff moves to strike any and all pleadings as they relate to a defense of Defendant Anna Maria Peters-Ruddick in her **official capacity**.

5.   The Plaintiff has conferred with the Defendant's counsel regarding this motion to strike _left message on 2/25 at 5:15 pm_.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant the relief herein requested.

Respectfully submitted this February 25, 2008.

_/s/ Lori Garner_
LORI GARNER
16111 E. BERRY DRIVE
CENTENNIAL, CO 80015
303-522-2920

2

## CERTIFICATION OF MAILING

The undersigned hereby certifies that a true and correct copy of the foregoing **Motion to Strike** was served on this February 25, 2008, by placing the same in the United States mail, postage prepaid to ensure delivery and addressed as follows:

John E. Bush, Jr.

Administrative Deputy County Attorney

Kirsten J. Crawford

Assistant County Attorney

5334 South Prince Street

Littleton, Colorado 80166-0001

Telephone: (303) 795-4639

LORI GARNER