IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02559-LTB-MJW

LORI GARNER,

Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      Before the court are plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Docket No. 7) and plaintiff's Motion to Strike Defendant's Motion to Dismiss (Docket No. 8).  Both motions indicate that plaintiff conferred with defense counsel regarding the motions by leaving a message on February 26, 2008, at 5:15 p.m.  Both motions were then filed the following morning at 10:19 a.m.  Plaintiff is advised that leaving a message after normal business hours and then filing the motion(s) the following morning, in general, does not constitute a reasonable, good faith effort to confer as contemplated by D.C.COLO.LCivR 7.1A as it does not give opposing counsel sufficient time to receive the message, respond to plaintiff, and possibly resolve a disputed matter.  Plaintiff is on notice that future motions may very well be stricken if plaintiff similarly has not made a reasonable, good faith effort to confer.  It is hereby

      **ORDERED** that the plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Docket No. 7) is **granted in part** to the extent that the plaintiff shall have up to and including **March 24, 2008**, to file a response to the Motion to Dismiss (Docket No. 2).  It is further

      **ORDERED** that Plaintiff's Motion to Strike Defendant's Motion to Dismiss (Docket No. 8) is **denied**, finding no basis in law or in fact to strike the motion to dismiss.

Date: March 3, 2008