IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02559-LTB-MJW

LORI GARNER,

Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

Defendants.

---

# MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that Defendant Ana Maria Peters-Ruddick, Arapahoe County Public Trustee's, Motion to Vacate the Scheduling/Planning Conference or, Alternately, to Reschedule the Scheduling/Planning Conference (docket no. 14) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference set on April 10, 2008, at 8:30 a.m. is VACATED and reset to April 30, 2008, at 10:00 a.m. The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16 Scheduling Conference.

     It is FURTHER ORDERED that Plaintiff shall file with the court her written proof of service upon the Co-Defendant U.S. Bank National Association on or before April 11, 2008, or show cause why this case should not be dismissed against Defendant U.S. Bank National Association for failure to prosecute and for failure to comply with Fed. R. Civ. P. 4 (m).

Date: March 26, 2008