IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02559-LTB-MJW

LORI GARNER,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,
ANNA MARIA PETERS-RUDDICK in her personal and official capacity,

    Defendants.
_____

**ORDER**
_____

This case is before me upon the recommendation of the Magistrate Judge that (1) this action be dismissed pursuant to Fed.R.Civ.P. 16(f) and/or 41(b) based upon Plaintiff's failure to appear, failure to prosecute, and failure to comply with Court orders; (2) this action be dismissed as against Defendant U.S. Bank Association pursuant to Fed.R.Civ.P 4(m); and (3) Plaintiff be directed to pay the Defendants' attorney fees and costs. The Magistrate Judge further recommends that if the above recommendation is accepted and approved, that the pending Defendant's Motion to Dismiss (Doc 2) and Plaintiff's Motion to Consolidate Pursuant to 28 U.S.C. § 1367(a) (Doc 19) be denied as moot. Plaintiff filed timely written objections to the Magistrate Judge's recommendations. Defendant Anna Maria Peters-Ruddick filed a reply to the response and objections to the recommendations.

I have therefore reviewed the recommendations *de novo* in light of the file and record in this case. Upon such review, I conclude that the recommendations are correct.

Accordingly

    IT IS ORDERED:

1. This action is dismissed pursuant to Fed.R.Civ.P. 16(f) and/or 41(b) based upon Plaintiff's failure to appear, failure to prosecute, and failure to comply with Court orders;

2. Dismissed against Defendant U.S. Bank Association pursuant to Fed.R.Civ.P. 4(m); and

3. Plaintiff is directed to pay the Defendant Anna Maria Peters-Ruddick's attorney fees and costs.

IT IS FURTHER ORDERED that Defendant Anna Maria Peters-Ruddick shall submit with specificity her claimed attorney fees and costs within ten (10) days from the date of this order and Plaintiff shall have ten (10) days thereafter to respond to it.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (Doc 2) and Plaintiff's Motion to Consolidate Pursuant to 28 U.S.C. § 1367(a) (Doc 19) are DENIED AS MOOT.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   July 16, 2008